JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>           Plaintiff,<br><br>  vs.<br><br><br>SUPERIOR DEMOLITION, INC., a California corporation; OMAR RASCON, an individual; TWO BROTHERS CONSTRUCTION CORP., a California corporation, also known as TWO BROTHERS CONSTRUCTION COMPANY; AMERICAN SAFETY CASUALTY INSURANCE COMPANY, a Delaware corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation, DOE 1 through DOE 10, inclusive,<br><br>           Defendants. | CASE NO. CV13-08615 CAS (PJWx)<br><br>[PROPOSED] JUDGMENT PURSUANT TO STIPULATION |

/ / /

1

262755.1

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT BY AND BETWEEN Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, and Defendants, SUPERIOR DEMOLITION, INC., and OMAR RASCON, and good cause appearing therefor,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that

Judgment is entered in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY , LLC a fiduciary, administrator, agent and assignee for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, and LABORERS' TRUSTS ADMINISTRATIVE TRUST FUND FOR SOUTHERN CALIFORNIA (hereinafter collectively referred to as "TRUST FUNDS"), and against SUPERIOR DEMOLITION, INC., a California corporation, and OMAR RASCON, an individual, individually, jointly and severally, for the principal sum of $14,140.07 covering the period from April 1, 2010 through March 31, 2013.

DATED: <u>February 4,</u> 2014

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE OF THE CENTRAL DISTRICT OF CALIFORNIA